# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

James D. Schneller,                          :
                          Appellant    :
                                             :
              v.                       :        No. 1316 C.D. 2016
                                             :
Prothonotary of Montgomery             :
County, individually, and in his       :
official capacity, and his employees,  :
in their individual and official       :
capacities                             :

**PER CURIAM**                    **O R D E R**


NOW, November 8, 2017, having considered appellant's application

for reargument, the application is denied.